**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Margaret Monahan
                      Plaintiff,

v.                                        Case No.: 1:08–cv–03438
                                                      Honorable James B. Moran

Chicago Carriage Cab Corp., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

    MINUTE entry before the Honorable James B. Moran: Status hearing is set for 8/20/2008 at 09:15 AM. pursuant to Rule 16 of the F.R.C.P.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.