**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                    Case Number:    08 CV 3438

Margaret Monahan v. Chicago Carriage Cab Corp., Chicago Elite Cab Corp. and Kwame Nsiah Ababio

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Carriage Cab Corp., Defendant

Chicago Elite Cab Corp., Defendant

Kwame Nsiah Ababio, Defendant

| | |
|---|---|
| NAME: Gerald A. Kennedy | |
| SIGNATURE: s/ Gerald A. Kennedy | |
| FIRM: Kennedy & Associates | |
| STREET ADDRESS: 205 West Wacker Drive, Suite 500 | |
| CITY/STATE/ZIP: Chicago, IL 60606 | |
| ID NUMBER: 6201448 | TELEPHONE NUMBER: 312-201-9180 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? Yes | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? Yes | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL        APPOINTED COUNSEL | |